

Misc. No. 14–8016/MC. Lawrence G. Hutchins III, Petitioner v. Michael B. Richardson, Colonel, United States Marine Corps, In his official capacity as Military Judge, and United States, Respondents. Notice is hereby given that a petition for extraordinary relief in the nature of a writ of mandamus and prohibition was filed under Rule 27(a) on this date.

No. 14–0186/AR. U.S. v. Steven F. Guzman II. CCA 20100020. Appellant's motion for leave to file the petition for reconsideration out of time is denied.

No. 14–0233/AF. U.S. v. Lorin J. Grigsby. CCA 38108. Appellant's motion to supplement the record is denied.

No. 14–0489/AR. U.S. v. O'Neil G. Davidson. CCA 20120103. Appellant's *second* motion to extend time to file the supplement to the petition for grant of review granted, *up to and including May 2, 2014,* and *absent extraordinary circumstances, no further extension of time will be granted in this case.*

No. 14–0490/AR. U.S. v. Drondrick D. Oliphant. CCA 20110701. Appellant's *second* motion to extend time to file the supplement to the petition for grant of review granted, *up to and including May 2, 2014,* and *absent extraordinary circumstances, no further extension of time will be granted in this case.*